IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01030-DME-CBS

ERMA MARSHALL,

      Plaintiff,

v.

PENTAGROUP FINANCIAL, LLC, a Texas limited liability company,

      Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal With Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: June 24, 2008

                                              BY THE COURT:

                                              *s/ David M. Ebel*
                                              _____
                                              David M. Ebel
                                              United States Circuit Judge